

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

July 9, 2008

By Hand

Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/08

    Re:  Hilda Marrero v. Astrue
         07 Civ. 7713 (DAB)(DFE)

Dear Judge Eaton:

    This Office represents the defendant, Commissioner of Social Security, in the above-referenced matter.  The parties have conferred and respectfully propose the following briefing schedule for this case: Defendant will file his motion for judgment on the pleadings by August 8, 2008.  Plaintiff <u>pro se</u> will file her opposition by September 8, 2008.  Defendant will file his reply, if any, by September 29, 2008.

    Thank you for your consideration of this request.

         Respectfully,

         MICHAEL J. GARCIA
         United States Attorney

By:   *[signature]*
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    Telephone:  (212) 637-0378
    Fax:  (212) 637-2750

cc: Hilda Marrero, Plaintiff <u>Pro Se</u> (By Overnight Mail)

---

7/10/08 - I approve this briefing schedule.
      *[signature]* Douglas F. Eaton

**MEMO ENDORSED**

USDC SDNY
DATE SCANNED 7/11/08